19132. WEBB *v.* PIEDMONT SAVINGS COMPANY.

BROYLES, C. J. Under the facts of the case as disclosed by the record, it does not appear that the judge of the superior court erred in overruling the certiorari.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1928.

*G. S. Peck,* for plaintiff in error. *Madison Richardson,* contra.